Sylvester L. McLAURIN, Appellant, v. GRIEVANCE COMMITTEE OF THE SUPREME COURT OF THE DISTRICT OF COLUMBIA.

No. 5645.

Court of Appeals of the District of Columbia.

Argued Dec. 5, 1932.

Decided Jan. 9, 1933.

S. L. McLaurin, of Washington, D. C., for appellant.

Bolitha J. Laws, and Charles F. Wilson, both of Washington, D. C., for appellee.

Before MARTIN, Chief Justice, and ROBB, VAN ORSDEL, and GRONER, Associate Justices.

PER CURIAM.

Appellant appeals from a judgment of the Supreme Court of the District of Columbia, in general term, disbarring him from the practice of law in the District of Columbia. A careful examination of the record discloses ample evidence to support the finding of the court below.

The judgment is affirmed.

Harry WARDMAN, Appellant, v. Rafael DE CASARES, Administrator d. b. n. Estate of Abdul Hak Hussein, Bey, Deceased, Appellee.

No. 5618.

Court of Appeals of the District of Columbia.

Argued Jan. 6, 1933.

Decided Feb. 6, 1933.

Daniel Thew Wright and Philip Ershler, both of Washington, D. C., for appellant.

William E. Richardson and Stanley D. Willis, both of Washington, D. C., for appellee.

Before MARTIN, Chief Justice, and ROBB, VAN ORSDEL, HITZ, and GRONER, Associate Justices.

PER CURIAM.

There was a decree below for the plaintiff. The trial court was of opinion that the plea of res judicata should be overruled. We think this was error.

A careful examination of the record convinces us that the action at law between the parties was upon the same cause of action as that offered to sustain the present suit, in other words, that there was a single cause of action, and in such circumstances the rule of res judicata is applicable. On this subject, see Baltimore S. S. Co. v. Phillips, 274 U. S. 316, 319, 320, 47 S. Ct. 600, 71 L. Ed. 1069, and U. S. v. Moser, 266 U. S. 236, 241, 45 S. Ct. 66, 69 L. Ed. 262. In addition to this, we think it is doubtful if the substituted service of process on the defendant Violet S. Hussein was valid. See Dexter v. Lichliter, 24 App. D. C. 222.

The decree of the lower court will therefore be reversed, and the cause remanded to that court, with instructions to dismiss the bill.

Reversed.

Winifred J. ACKLEY v. Alexius M. FORSTER et al.

No. 671.

Circuit Court of Appeals, Tenth Circuit.

Nov. 14, 1932.

Van Cise & Robinson, of Denver, Colo., for appellant.

Twitchell, Clark & Burkhardt, of Denver, Colo., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on stipulation.